Jeffrey I. Hasson                                                        Honorable Richard A. Jones
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for Apex

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| RICHARD L. BARON, | Case No.: 2:09-CV-01412-RAJ |
|---|---|
| Plaintiff, | ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT |
| vs. | |
| APEX FINANCIAL MANAGEMENT, LLC, | |
| Defendant. | |

COMES NOW Defendant Apex Financial Management, LLC ("Apex"), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint as follows:

I.  ANSWER

1.1.    Apex admits the allegations contained in Paragraph 1.1 of Plaintiff's Complaint.

1.2.    Apex lacks sufficient information to admit or deny the allegations in Paragraph 1.2 of Plaintiff's Complaint, and, therefore, denies the allegations contained in Paragraph 1.2 of Plaintiff's Complaint.

1.3.    Apex lacks sufficient information to admit or deny the allegations in Paragraph 1.3

ANSWER ANDAFFIRMATIVE DEFENSES OF DEFENDANT - 1
Case No. 2:09-CV-01412-RAJ

m:\6655\0004\p-answer-apex.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

of Plaintiff's Complaint, and, therefore, denies the allegations contained in Paragraph 1.3 of Plaintiff's Complaint.

1.4. Apex denies the allegations contained in Paragraph 1.4 of Plaintiff's Complaint.

1.5. Apex denies the allegations contained in Paragraph 2.1 of Plaintiff's Complaint.

1.6. Apex denies the allegations contained in Paragraph 2.2 of Plaintiff's Complaint.

1.7. Apex denies the allegations contained in Paragraph 2.3 of Plaintiff's Complaint.

1.8. Apex denies the allegations contained in Paragraph 2.4 of Plaintiff's Complaint.

1.9. Apex admits and denies the allegations contained in Paragraph 3.1 as set forth in paragraphs 1.1 through 1.8 of this Answer.

1.10. Apex denies the allegations contained in Paragraph 3.2 of Plaintiff's Complaint.

1.11. Apex denies the allegations contained in Paragraph 3.3 of Plaintiff's Complaint.

1.12. Apex denies the allegations contained in Paragraph 3.4 of Plaintiff's Complaint.

1.13. Apex denies the allegations contained in Paragraph 3.5 of Plaintiff's Complaint.

1.14. Apex denies the allegations contained in Paragraph 3.6 of Plaintiff's Complaint.

1.15. Apex denies the allegations contained in Paragraph 3.7 of Plaintiff's Complaint.

1.16. Apex denies the allegations contained in Paragraph 3.8 of Plaintiff's Complaint.

1.17. Apex denies the allegations contained in Paragraph 3.9 of Plaintiff's Complaint.

1.18. Apex admits and denies the allegations contained in Paragraph 4.1 as set forth in paragraphs 1.1 through 1.17 of this Answer.

1.19. Apex denies the allegations contained in Paragraph 4.2 of Plaintiff's Complaint.

1.20. Apex denies the allegations contained in Paragraph 4.3 of Plaintiff's Complaint.

1.21. Apex denies the allegations contained in Paragraph 4.4 of Plaintiff's Complaint.

1.22. Apex denies the allegations contained in Paragraph 4.5 of Plaintiff's Complaint.

1.23. Apex denies the allegations contained in Paragraph 4.6 of Plaintiff's Complaint.

1.24. Apex denies the allegations contained in Paragraph 4.7 of Plaintiff's Complaint.

1.25. Apex denies the allegations contained in Paragraph 4.8 of Plaintiff's Complaint.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT - 2
Case No. 2:09-CV-01412-RAJ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6655\0004\p-answer-apex.doc

1.26. Except as so admitted, Apex denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, Apex alleges the following affirmative defenses.

2.1. **Failure to State Claims**.

2.2. **Lack of Subject Matter Jurisdiction**.

2.3. **Lack of Real Party in Interest**.

2.4. **Other Action Pending**.

2.5. **Failure to Mitigate.** Plaintiff failed to mitigate any damages which he may have suffered.

2.6. **Bonafide Error.** Any violation of law, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

2.7. **Good Faith Reliance.** At all pertinent times, Apex acted in good faith reliance on the information provided by the creditor or original creditor of the account.

2.8. **Good Faith.** Apex acted in good faith at all times.

2.9. **No False Statements.** Apex did not make any false or misleading representation to Plaintiff or anyone else.

## III. PRAYER

Wherefore having fully answered Plaintiff's complaint, having interposed affirmative defenses and counterclaims, Apex prays for the following relief:

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT - 3
Case No. 2:09-CV-01412-RAJ

m:\6655\0004\p-answer-apex.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  3.1.   Dismissal of the Action with prejudice, and with costs and attorney fees to Apex.

2  3.2.   For such other and further relief as may be provided by law.

3  Dated October 17, 2009.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

*Attorney for Apex*

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT - 4
Case No. 2:09-CV-01412-RAJ

m:\6655\0004\p-answer-apex.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124