| | |
|---|---|
| Jeffrey I. Hasson<br>Attorney at Law<br>Davenport & Hasson, LLP<br>12707 NE. Halsey Street<br>Portland, OR 97230<br>Phone: (503) 255-5352<br>Facsimile No.: (503) 255-6124<br>E-Mail: hasson@dhlaw.biz<br>Washington State Bar No. 23741<br>Attorney for Apex | Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| RICHARD L. BARON,<br>　　　Plaintiff,<br><br>vs.<br><br>APEX FINANCIAL MANAGEMENT, LLC,<br>　　　Defendant. | Case No.: 2:09-CV-01412-RAJ<br><br>STIPULATION AND ORDER TO REMAND CASE TO KING COUNTY<br><br>NOTE ON CALENDAR:<br>November 20, 2009 |

## **STIPULATION**

Plaintiff and Defendant, by and through their counsel of record, hereby stipulate to the entry of the subjoined Order remanding this Case to King County Superior Court without costs or attorney fees to either party.

Dated: November 10, 2009                                    Dated: November 10, 2009

s/ Rob Williamson                                                    s/ Jeffrey I. Hasson
Rob Williamson, WSBA No. 11387                       Jeffrey I. Hasson, WSBA No. 23741
Williamson & Williams                                            Davenport & Hasson, LLP
187 Parfitt Way SW, Suite 250                                 12707 NE Halsey St.
Bainbridge Island, WA 98110                                  Portland, OR 97230
Telephone: (206) 780-4447                                     Telephone: (503) 255-5352
Fax: (206) 780-5557                                                 Fax: (503) 255-6124
E-Mail: roblin@williamslaw.com                          E-Mail: hasson@dhlaw.biz
*Attorney for Plaintiff*                                               *Attorney for Apex*

STIPULATION AND ORDER TO REMAND CASE TO
KING COUNTY - 1
Case No. 2:09-CV-01412-RAJ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\jones\orders (final)\09-1412 order.doc

**ORDER**

NOW, THEREFORE, it is hereby ORDERED that this case is remanded to King County Superior Court without costs or attorney fees to either party.

DATED: November 13, 2009

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

*Attorney for Apex*

STIPULATION AND ORDER TO REMAND CASE TO KING COUNTY - 2
Case No. 2:09-CV-01412-RAJ

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\jones\orders (final)\09-1412 order.doc