**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8400

November 20, 2009

King County Superior Court, WA
516 - 3rd Ave. E-609
Seattle, WA. 98104

RE:   Richard L. Baron v. Apex Financial Management, LLC, CV9-1412RAJ
      Your case #: 09-2-233705-5-SEA

Dear Clerk:

Enclosed is the above-referenced case file, on cd-rom, along with a certified copy of Judge Richard A. Jones's Order remanding this case to state court. Also included is a certified copy of the docket sheet.

Please return the copy of this cover letter with the following information:

Superior Court Case No:        _____

Assigned to Judge:             _____

Completed by Deputy Clerk:     _____

Sincerely,

C. Ledesma, Deputy Clerk

Enclosures

cc: Court file, counsel



09-CV-01412-JSR